FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cR-440-W

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Michael Krasilnec,

    Defendant.

## RECEIPT FOR PASSPORT

Passport number 208403045, issued to Michael Krasilnec has been received by the office of the Clerk of the Court to be held while this case is pending.

DATED this 28 day of october, 2004.

Gregory C. Langham, Clerk

By: _____
    Deputy Clerk

4-21-08
original passport
returned to: Michael Krasilnec