UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. MICHAEL KRASILINEC                              Docket Number: 04-cr-00440-CMA-01

**Petition for Early Termination of Probation**

   COMES NOW, Jason M. Kemp, probation officer of the court, presenting an official report upon the conduct and attitude of Michael Krasilinec, who was placed on supervision by the Honorable Edward W. Nottingham sitting in the court at Denver, Colorado, on the 15th day of April, 2005, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Defendant shall participate in a program for mental health treatment, as directed by the probation officer, until he is released from the program by the probation officer. He shall pay all costs of such treatment. The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report, for continuity of treatment.

2. Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with the periodic payment obligations imposed pursuant to the court's judgment and sentence.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER:   (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, the defendant be discharged from probation and the proceedings in the case be terminated.

                Respectfully,

                s/Jason M. Kemp
                Jason M. Kemp
                U.S. Probation Officer
                Place: Denver, Colorado
                Date: December 9, 2008

**ORDER OF THE COURT**

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this   10th   day of December, 2008.

                Christine M. Arguello
                U.S. District Judge