**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00440-CMA-01

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**1.  MICHAEL KRASILINEC,**

        **Defendant.**

---

**GOVERNMENT'S RESPONSE TO**
**PETITION FOR EARLY TERMINATION**
**OF PROBATION**

---

      The United States of America, by and through Troy A. Eid, United States Attorney, and Linda A. McMahan, Assistant United States Attorney, hereby responds as follows to Petition for Early Termination of Probation:

      The United States has no objection to early termination of defendant's probation. Probation Officer Jason Kemp advised defendant has complied with the terms of his probation and is no longer in need of further supervision.

Dated this 12th day of December, 2008.

                        Respectfully submitted,

                        TROY A. EID
                        United States Attorney


         By:   s/Linda A. McMahan
                Linda A. McMahan
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1225 17th St., Ste. 700
                Denver, CO 80202
                Telephone: (303) 454-0200
                Fax: (303) 454-0403
                E-mail:  Linda.McMahan@usdoj.gov
                Attorney for Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of December, 2008, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO PETITION FOR EARLY TERMINATION OF PROBATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Robert John Corry, Jr.**
Email:  robert.corry@comcast.net

                s/Denise Guerra
                Denise Guerra
                Legal Assistant to Linda McMahan
                U.S. Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone: (303) 454-0100
                Fax: (303) 454-0403
                Email: Denise.Guerra@usdoj.gov