**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 04-cr-00440-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL KRASILINEC,

    Defendant.

_____

**ORDER**
_____

    The Petition for Early Termination of Probation of Defendant Michael Krasilinec (Doc. # 36) is GRANTED. Defendant Michael Krasilinec is discharged from probation and the proceedings in this case are terminated.

    DATED: December 22, 2008.

                                            BY THE COURT:

                                            _____
                                            Christine M. Arguello
                                            United States District Judge